RECEIVED
DEC 27 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| EUREKA McGEE | CIVIL ACTION NO. 04-1483 |
| versus | JUDGE HICKS |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | **REFERRED TO:** **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons assigned in the Memorandum Ruling issued this date,

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **reversed** pursuant to sentence four of 42 U. S. C. § 405(g), and this case is **remanded** to the agency for further proceedings consistent with this opinion.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 27th day of December, 2005.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE